```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
                                                                    :
PAUL REIFFER,                                                       :
                                                                    :
                                      Plaintiff,                    :
                                                                    :
                  -against-                                         :
                                                                    :
NYC LUXURY LIMOUSINE LTD.,                                          :
                                                                    :
                                      Defendant.                    :
                                                                    :
------------------------------------------------------------------- X
```

| USDC SDNY |
| --- |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED: 11/9/2022 |

1:22-cv-2374-GHW

ORDER

GREGORY H. WOODS, District Judge:

The Court will hold a teleconference on November 10, 2022 at 3:00 p.m. regarding Plaintiff's November 8, 2022 motion for leave to seek sanctions as a result of Defendant's asserted failure to litigate this case. The conference will be conducted by telephone. The parties are directed to the Court's Emergency Rules in Light of COVID-19, which are available on the Court's website, for the dial-in number and other relevant instructions. The parties are specifically directed to comply with Rule 2(C) of the Court's Emergency Rules.

SO ORDERED.

Dated: November 9, 2022
New York, New York

_____
GREGORY H. WOODS
United States District Judge