```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------- X
                                              :
PAUL REIFFER,                                 :
                                              :
                              Plaintiff,      :     1:22-cv-2374-GHW
                                              :
              -against-                       :     ORDER
                                              :
NYC LUXURY LIMOUSINE LTD.,                    :
                                              :
                              Defendant.      :
                                              :
---------------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/2/2023

GREGORY H. WOODS, District Judge:

Plaintiff's January 27, 2023 request for leave to file a motion for summary judgment, Dkt. No. 30, is granted. The deadline for Plaintiff to file and serve its motion for summary judgment is February 3, 2023. Defendant's opposition is due no later than March 2, 2023; Plaintiff's reply, if any, is due within fourteen days after service of Defendant's opposition.

SO ORDERED.

Dated: February 2, 2023
New York, New York

_____
GREGORY H. WOODS
United States District Judge