**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
PAUL REIFFER,

                Plaintiff,

   -against-                                   22 **CIVIL** 2374 (GHW)

                                            **JUDGMENT**

NYC LUXURY LIMOUSINE LTD.,

                Defendant.
-------------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion & Order dated August 8, 2023, the Court has awarded Plaintiff $28,620 in attorneys' fees and $491.20 in costs. These amounts, together with the $30,500 awarded to Plaintiff in statutory damages sum to $59,611.20; accordingly, the case is closed.

**Dated:**  New York, New York

       August 9, 2023

                                                  **RUBY J. KRAJICK**

                                                      **Clerk of Court**

                         **BY:**       *K. Mango*

                                                      **Deputy Clerk**